JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ARPAD MARCZ, | ) Case No. EDCV 14-1410-DSF (DTB) |
| Plaintiff, | ) |
| v. | ) **J U D G M E N T** |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

Pursuant to the Order re Dismissal of Action for Failure to Prosecute,

IT IS ADJUDGED that the action is dismissed without prejudice.

2/3/15

DATED: _____

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE